UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ELISHA TORRES,

                    Petitioner,

  -against-

R. WOODS, Superintendent,

                    Respondent.
-------------------------------------------------------------X

JUDGMENT
04-CV-5560 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 0 1 2005 ★

P.M.
TIME A.M.

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on June 30, 2005, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability is granted.


Dated: Brooklyn, New York
       June 30, 2005

                                                          ROBERT C. HEINEMANN
                                                        Clerk of Court