UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELISHA TORRES,

                Petitioner,

-against-

R. WOODS, Superintendent,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5560 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 22, 2005, denying the petitioner's motion for reconsideration; and ordering that no Certificate of Appealability is granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that judgment is hereby entered denying petitioner's motion for reconsideration; and that no Certificate of Appealability is granted.

Dated: Brooklyn, New York
       July 25, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court